AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Nathan Kuehnert, Plaintiff

V.

Mikhaela Louise, Inc., Defendant

**APPEARANCE**

Case Number:

CA 06 469 T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Nathan Kuehnert

I certify that I am admitted to practice in this court.

10/4/2006

Date

Signature

James T. Murphy - Co-Counsel | 1698

Print Name | Bar Number

146 Westminster St.

Address

Providence | RI | 02903

City | State | Zip Code

(401) 421-2154 | (421) 521-7040

Phone Number | Fax Number