UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Nathan Kuehnert
Plaintiff(s)

CA 06 469 T

v.

Dkt. No.

Mikhaela Louise, Inc.
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant Nathan Kuehnert hereby moves that Gary Wm. Baun be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

(Plaintiff/Defendant)

By: James T. Murphy
Bar ID No.: 1698
Address: 146 Westminster St., Providence, RI 02903

DATED: 10/06/06

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Michigan see attached and of the following Federal District Court and/or Court of Appeals Bar(s) _____, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Gary Wm. Baun P28758

Print Name State Bar ID #

O'Bryan Baun Cohen Kuebler

Firm Name

401 S. Old Woodward, Birmingham, MI 48009

Business Address

248-258-6262 248-258-6047

Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

James T. Murphy 1698

Print Name R.I. Bar ID #

Hanson Curran

Firm and Business Address

146 Westminster Street

Providence, RI 02903

Tel. #401-421-2154 Fax #401-521-7040

---

**ORDER**

This motion is hereby ______________________________

______________________

District Judge

Date:

I am a member in good standing and eligible to practice before the following courts:

| | Date of Admission |
| --- | --- |
| U.S. District Court, Eastern Division of Michigan | June 8, 1979 |
| U.S. District Court, Western Division of Michigan | June 8, 1985 |
| U.S. District Court, Northern District of Ohio | February 28, 1979 |
| U.S. District Court, Western District of Pennsylvania | May 23, 1991 |
| U.S. District Court, District of Hawaii | June 30, 1984 |
| U.S. District Court, Eastern District of Texas | April 22, 1983 |
| U.S. District Court, Northern District of California | August 30, 1982 |
| U.S. District Court, Northern District of Illinois | February 25, 1998 |
| U.S. District Court, Southern District of Illinois | January 21, 1993 |
| 1st Circuit Court of Appeals | February 22, 2000 |
| 5th Circuit Court of Appeals | October 25, 1985 |
| 6th Circuit Court of Appeals | November 29, 1983 |
| 7th Circuit Court of Appeals | September 20, 2000 |
| 8th Circuit Court of Appeals | September 17, 2001 |
| 11th Circuit Court of Appeals | February 15, 1984 |