MKD:ljc 37181 \pleading\37181Stip

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NATHAN KUEHNERT :
:
VS. : C.A. NO. 06-469T
:
MIKHAELA LOUISE, INC. :

**STIPULATION**

In the above-entitled matter, it is agreed that the defendant, Mikhaela Louise, Inc., may answer, plead, or otherwise respond to plaintiff's complaint late and out of time, up to and including December 15, 2006.

/s/ Gary Baun
Gary Baun, Esq. #P28758
O'BRYAN BAUN COHEN KUEBLER
**Attorney for Plaintiff**
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
PHONE: (248) 258-6262
FAX: (248) 258-6047

/s/ James T. Murphy
James T. Murphy, Esq. #1698
HANSON CURRAN
**Attorney for Plaintiff (Local Counsel)**
146 Westminster Street
Providence, RI 02903
PHONE: (401) 421-2154
FAX: (401) 521-7040

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
**Attorney for Defendant**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

/s/ Martin K. DeMagistris
Martin K. DeMagistris, Esq. #6089
**Attorney for Defendant**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499