JRO:MKD:ljc 37181 \pleading\37181EntryofApp

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NATHAN KUEHNERT :
:
VS. : C.A. NO. 06-469T
:
MIKHAELA LOUISE, INC. :

## ENTRY OF APPEARANCE

We hereby enter our appearance as co-counsel for the defendant in the above captioned matter.

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
**Attorney for Defendant**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

/s/ Martin K. DeMagistris
Martin K. DeMagistris, Esq. #6089
**Attorney for Defendant**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

## CERTIFICATION

I certify that I sent a true copy of the within on December 15, 2006 to:

Gary Wm. Baun, Esq.
O'BRYAN BAUN COHEN KUEBLER
401 S. Old Woodward, Suite 320
Birmingham, MI 48009

James T. Murphy, Esq.
HANSON CURRAN
146 Westminster Street
Providence, RI 02903

/s/ J. Renn Olenn