AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Nathan Kuehnert, Plaintiff

V.

Mikhaela Louise, Inc., Defendant

**APPEARANCE**

Case Number: CA 06 469T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Plaintiff, Nathan Kuehnert

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/14/2007 | /s/Kelly N. Michels |
| Date | Signature |

Kelly N. Michels - Co-Counsel — 6478
Print Name — Bar Number

Hanson Curran, LLP, 146 Westminster Street
Address

Providence — RI — 02903
City — State — Zip Code

(401) 421-2154 — (401) 521-7040
Phone Number — Fax Number