UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NATHAN KUEHNERT,

Plaintiff,

-vs- Case No: 06-469 T

MIKHAELA LOUISE, INC.,

Defendant.

---

**NOTICE OF TAKING TELEPHONIC DEPOSITION**

DEPONENT: Steven Holley

DATE: Thursday, August 9, 2007

TIME: 11:00 a.m.

LOCATION: Catuogno Court Reporting
72 S. Main Street
Providence, RI 02903
(401) 751-4157

NOTICE is hereby given that Plaintiff will take the deposition of the designated individual and continue on a daily basis until completion.

CAVEAT: Your failure to attend will prompt ex-parte examination.

O'BRYAN BAUN COHEN KUEBLER

/s/ Gary Wm. Baun
GARY Wm. BAUN (P28758)
Attorneys for Plaintiff
401 S. Old Woodward, Ste. 320
Birmingham, MI 48009
Telephone: (248) 258-6262
Facsimile: (248) 258-6047
gbaun@obryanlaw.net

Dated: May 22, 2007

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 22nd day of May, 2007, the foregoing was filed using the Court's ECF filing system and will be served using the Court's ECF system.

J. Renn Olenn
Martin K. DeMagistris
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

James T. Murphy
Hanson Curran
146 Westminster Street
Providence, RI 02903

/s/ Gary Wm. Baun
GARY Wm. BAUN