UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NATHAN KUEHNERT,

Plaintiff,

-vs- Case No: 1:06-cv-00469 T

MIKHAELA LOUISE, INC.,

Defendant.

---

AMENDED NOTICE OF TAKING DEPOSITION

| | |
|---|---|
| DEPONENT: | Robert C. Marchand, M.D. |
| DATE: | Monday, July 2, 2007 |
| TIME: | 1:00 p.m. |
| LOCATION: | South County Orthopedics & Physical Therapy<br>One High Street<br>Wakefield, RI 02879<br>(401) 789-1422 Ext. 103 |

NOTICE is hereby given that Plaintiff will take the deposition of the designated individual which shall continue on a daily basis until completion.

CAVEAT: Your failure to attend will prompt ex-parte examination.

O'BRYAN BAUN COHEN KUEBLER

/s/ Gary Wm. Baun
GARY Wm. BAUN (P28758)
Attorneys for Plaintiff
401 S. Old Woodward, Ste. 320
Birmingham, MI 48009
Telephone: (248) 258-6262
Facsimile: (248) 258-6047
gbaun@obryanlaw.net

Dated: June 13, 2007

CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 13th day of June, 2007, the foregoing was filed using the Court's ECF filing system and will be served using the Court's ECF system upon the following.

J. Renn Olenn
Martin K. DeMagistris
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

James T. Murphy
Hanson Curran
146 Westminster Street
Providence, RI 02903

/s/ Gary Wm. Baun
GARY Wm. BAUN