UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NATHAN KUEHNERT,

Plaintiff,

-vs- Case No: 1:06-cv-00469 T

MIKHAELA LOUISE, INC.,

Defendant.

---

NOTICE OF TAKING DEPOSITION

DEPONENT: Vaughn G. Gooding, M.D.

DATE: Monday, July 2, 2007

TIME: 4:00 P.M.

LOCATION: West Bay Orthopedics
120 Centerville Road
Warrick, Rhode Island 02879
(401-738-3730)

NOTICE is hereby given that Plaintiff will take the deposition of the designated individual and continue on a daily basis until completion.

CAVEAT: Your failure to attend will prompt ex-parte examination.

O'BRYAN BAUN COHEN KUEBLER

/s/ Gary Wm. Baun
GARY Wm. BAUN (P28758)
Attorneys for Plaintiff
401 S. Old Woodward, Ste. 320
Birmingham, MI 48009
Telephone: (248) 258-6262
Facsimile: (248) 258-6047
gbaun@obryanlaw.net

Dated: June 22, 2007

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 22nd day of June, 2007, the foregoing was filed using the Court's ECF filing system and will be served using the Court's ECF system.

/s/ Gary Wm. Baun
GARY Wm. BAUN

H:\PAT\WP61DOCS\Kuehnert\NOD of Dr. Gooding 06.22.07.wpd