MKD:tsp 37181 \pleading\37181Mtn.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATHAN KUEHNERT | : | |
| | : | |
| VS. | : | C.A. NO. 06-469T |
| | : | |
| MIKHAELA LOUISE, INC. | : | |

**DEFENDANT, MIKHAELA LOUISE, INC.'S, MOTION TO CONDUCT INDEPENDENT MEDICAL EXAMINATION PURSUANT TO RULE 35**

Now comes your defendant in the above-entitled action, Mikhaela Louise, Inc., and respectfully requests this court grant the defendant leave to conduct a medical examination of plaintiff, pursuant to Rule 35 of the Federal Rules of Civil Procedure. Plaintiff has alleged that he has suffered permanent impairment due to a crushing injury to his thumb while working aboard defendant's vessel. Plaintiff alleges that the injury has caused a loss of functional capacity in his right hand, and therefore a loss of earning capacity. Accordingly, defendant moves that plaintiff submit to a functional capacity examination on July 9 and 10 for two hours each morning, at the office of Catherine LePage, at Hand Therapy Associates, 150 Midway Road, Suite 173, Cranston, RI 02920. Defendant relies on the attached memorandum of law in support of this motion.

RESPECTFULLY SUBMITTED,
Mikhaela Louise, Inc.
By its Attorneys,

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
**Attorney for Defendant**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

/s/ Martin K. DeMagistris
Martin K. DeMagistris, Esq. #6089
**Attorney for Defendant**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within to:

Gary Wm. Baun, Esq.
O'BRYAN BAUN COHEN KUEBLER
401 S. Old Woodward, Suite 320
Birmingham, MI 48009

James T. Murphy, Esq.
HANSON CURRAN
146 Westminster Street
Providence, RI 02903

/s/ J. Renn Olenn

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATHAN KUEHNERT | : | |
| | : | |
| VS. | : | C.A. NO. 06-469T |
| | : | |
| MIKHAELA LOUISE, INC. | : | |

**DEFENDANT, MIKHAELA LOUISE, INC.'S, MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR INDEPENDENT MEDICAL EXAMINATION**

The plaintiff in the above-entitled action has alleged that he has suffered a permanent impairment of his right extremity resulting in a loss of future earning capacity. Plaintiff's allegations fall squarely within the purpose and intent of Rule 35 which provides a mechanism for a personal injury defendant to conduct an examination of the plaintiff in light of the claims made.

The proposed examination will be conducted by Cate LePage who is a licensed occupational therapist and a certified hand specialist. Ms. LePage has extensive experience in conducting functional capacity examinations, specifically with respect to hand injuries. Please find Ms. LePage's CV attached.

Based on the foregoing, defendant respectfully requests this court grant defendant's motion for the plaintiff to submit to a functional capacity examination on July 9 and 10, 2007, for approximately two hours each day, commencing at 9:00 a.m., at Hand Therapy Associates, 150 Midway Road, Suite 173, Cranston, RI 02920.

RESPECTFULLY SUBMITTED,
Mikhaela Louise, Inc.
By its Attorneys,

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
**Attorney for Defendant**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

/s/ Martin K. DeMagistris
Martin K. DeMagistris, Esq. #6089
**Attorney for Defendant**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

## CERTIFICATION

I certify that I sent a true copy of the within to:

Gary Wm. Baun, Esq.
O'BRYAN BAUN COHEN KUEBLER
401 S. Old Woodward, Suite 320
Birmingham, MI 48009

James T. Murphy, Esq.
HANSON CURRAN
146 Westminster Street
Providence, RI 02903

/s/ J. Renn Olenn