18 MERIBAH STREET • SOMERSET, MA 02726
PHONE (508) 642-1272 • CATETRAIN@HOTMAIL.COM

# CATHERINE LEPAGE, OTR/L, CHT

## EDUCATION

QUINNIPIAC UNIVERSITY — Hamden, CT
**Bachelors of Health Sciences in Occupational Therapy** — January 2001
Overall GPA 3.52/4.00 Magna Cum Laude

## SPECIALTY CERTIFICATION

**Certified Hand Therapist** — November 2005

Completed requirements and successfully passed a comprehensive test of advanced clinical skills and theory in upper quarter rehabilitation, administered by the Hand Therapy Certification Commission

## WORK EXPERIENCE

**Hand Therapy Associates** — Cranston, RI
*Occupational Therapist* — 2001 – present

- Evaluate and treat clients with varying upper extremity diagnoses
- Confer with doctors regarding patient treatment
- Perform Functional Capacity Evaluations

**Therapy Resources Management** — Swansea, MA
*Occupational Therapist* — 2001

- Evaluated and treated older adult patients in various nursing homes with orthopedic, cardiac, and neurological diagnoses
- Co-treated with physical therapists and speech pathologists
- Collaborated with other health professionals regarding patient care plan

## ACCREDITATIONS AND LICENSES

- NBCOT certified
- Professional licenses in Massachusetts and Rhode Island
- CPR certified by the American Safety & Health Institute

## PROFESSIONAL ORGANIZATIONS

- AOTA – *American Occupational Therapy Association*
- ASHT – *American Society of Hand Therapists*

## PROFESSIONAL PRESENTATIONS

- Adaptive Equipment for Clients with Arthritis

  *Rhode Island School of Design*

- Hand Therapy Informational Session

  *New England Institute of Technology*

## CONTINUING EDUCATION

**Kinesio Taping Upper Extremity Course**
*Ruth Coopee, OTR/CHT, CKRI* — December 4, 2005

**The New England Hand Society Annual Meeting**
*The New England Hand Society* — December 2, 2005

**The Thumb: A Fresh Grasp of Comprehension**
*HandLab* — November 5-6, 2005

**What's New for the Lumbar Spine**
*Beacon Mutual Insurance Company* — October 14, 2005

**The Fabulous Foot (and Ankle) Seminar**
*Beacon Mutual Insurance Company* — September 17, 2004

**Surgery & Rehabilitation of the Hand with Emphasis on Tendon & Nerve Injuries**
*Hand Rehabilitation Foundation* — March 20-23, 2004

**The New England Hand Society Annual Meeting**
*The New England Hand Society* — December 5, 2003

**Cadaver Lab – Rhode Island Hospital**
*RIOTA* — September 24, 2003

**Health Ergonomic Program Development**
*ErgoRehab, Inc.* — August 25, 2003

**Health Ergonomic Applications**
*ErgoRehab, Inc.* — June 16, 2003

**Current Protocols in the Application of Thermal & Electrical Modalities**
*Advanced Rehabilitation Services, Inc.* — March 29-30, 2003

**The Fundamentals of Health Ergonomics**
*ErgoRehab, Inc.* — March 1, 2003

**The New England Hand Society Annual Meeting**
*The New England Hand Society* — December 6, 2002

**The Shoulder and the Elbow**
*Hand Therapy Consultation Services* — November 9-10, 2002

**Arthoscopic Rotator Cuff Repair**
*Beacon Mutual Insurance Company* — October 8, 2002

**BTE Simulator Educational Course**
*Baltimore Therapeutic Equipment Co.* — September 26-27, 2002

**The Hand: An Interactive Study for Therapists**
*AOTA* — September 19, 2002

**Carpal Tunnel Syndrome: Cause, Effect, Evaluation, and Treatment**
*AOTA* — June 11, 2002

**Fundamentals of Kinesio Taping / Upper Body Extremity of Kinesio Taping**
*Kinesio Taping Association* — April 27-28, 2002

**Fieldwork Education: Basic to Advanced**

*New England Institute of Technology* April 20, 2002

**Ergonomic Informational Session**

*Beacon Mutual Insurance Company* April 9, 2002

**The New England Hand Society Annual Meeting**

*The New England Hand Society* December 7, 2001

## REFERENCES

Available upon request