UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NATHAN KUEHNERT,

Plaintiff,

-vs- Case No: 06-469 T

MIKHAELA LOUISE, INC.,

Defendant.

---

**PLAINTIFF'S RESPONSE TO DEFENDANT MIKHAELA LOUISE, INC.'S MOTION TO CONDUCT INDEPENDENT MEDICAL EXAMINATION PURSUANT TO RULE 35 AND NOTICE OF NON-OPPOSITION**

NOW COMES Plaintiff, NATHAN KUEHNERT, by and through counsel undersigned, and hereby notifies Defendant and the court that Defendant's motion is unopposed; however, Plaintiff would object that notification of the time and place to appear for evaluation by Catherine LePage is unreasonable under the circumstances as Plaintiff received Defendant's motion on June 29 and the scheduled appointments are for July 9 and 10, 2007. Further, Defendant does not provide a specific time for the scheduled appointments. Notwithstanding, Plaintiff will attempt to appear as noticed.

O'BRYAN BAUN COHEN KUEBLER

/s/ Gary Wm. Baun
GARY Wm. BAUN (P28758)
Attorneys for Plaintiff
401 S. Old Woodward, Ste. 320
Birmingham, MI 48009
Telephone: (248) 258-6262
Facsimile: (248) 258-6047
gbaun@obryanlaw.net

Dated: June 29, 2007

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 29th day of June, 2007, the foregoing was filed using the Court's ECF filing system and will be served using the Court's ECF system.

J. Renn Olenn
Martin K. DeMagistris
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

James T. Murphy
Hanson Curran
146 Westminster Street
Providence, RI 02903

/s/ Gary Wm. Baun
GARY Wm. BAUN