UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NATHAN KUEHNERT,

Plaintiff,

-vs- Case No: 06-469 T

MIKHAELA LOUISE, INC.,

Defendant.

---

NOTICE OF TAKING DEPOSITION

| | |
|---|---|
| DEPONENT: | Fred Mattera |
| DATE: | Tuesday, August 21, 2007 |
| TIME: | 11:00 A.M. |
| LOCATION: | Law Office of James T. Murphy<br>146 Westminster Street<br>Providence, Rhode Island 02903<br>(401) 421-2154 |

NOTICE is hereby given that Plaintiff will take the deposition of the designated individual and continue on a daily basis until completion.

CAVEAT: Your failure to attend will prompt ex-parte examination.

O'BRYAN BAUN COHEN KUEBLER

/s/ Gary Wm. Baun
GARY Wm. BAUN (P28758)
Attorneys for Plaintiff
401 S. Old Woodward, Ste. 320
Birmingham, MI 48009
Telephone: (248) 258-6262
Facsimile: (248) 258-6047
gbaun@obryanlaw.net

Dated: August 9, 2007

CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 9th day of August, 2007, the foregoing was filed using the Court's ECF filing system and will be served using the Court's ECF system.

J. Renn Olenn
Martin K. DeMagistris
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

James T. Murphy
Hanson Curran
146 Westminster Street
Providence, RI 02903

/s/ Gary Wm. Baun
GARY Wm. BAUN