UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NATHAN KUEHNERT,

Plaintiff,

-vs- Case No: 06-469 T

MIKHAELA LOUISE, INC.,

Defendant.

---

## NOTICE OF TAKING TELEPHONIC DEPOSITION

| | |
|---|---|
| DEPONENT: | Cate LePage |
| DATE: | Thursday, October 4, 2007 |
| TIME: | 2:00 P.M. |
| LOCATION: | Martin K. DeMagistris, Esq.<br>Oleen & Penza, LLP<br>Warwick, Rhode Island 02886<br>(401) 737-3700 |

NOTICE is hereby given that Plaintiff will take the deposition of the designated individual and continue on a daily basis until completion.

CAVEAT: Your failure to attend will prompt ex-parte examination.

O'BRYAN BAUN COHEN KUEBLER

/s/ Gary Wm. Baun
GARY Wm. BAUN (P28758)
Attorneys for Plaintiff
401 S. Old Woodward, Ste. 320
Birmingham, MI 48009
Telephone: (248) 258-6262
Facsimile: (248) 258-6047
gbaun@obryanlaw.net

Dated: September 27, 2007

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 27th day of September, 2007, the foregoing was filed using the Court's ECF filing system and will be served using the Court's ECF system to:

J. Renn Olenn
Martin K. DeMagistris
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

James T. Murphy
Hanson Curran
146 Westminster Street
Providence, RI 02903

and via e-mail to:

Lauren Bienenstock Court Reporters
30800 Telegraph Road, Suite 2985
Bingham Farms, MI 48025

/s/ Gary Wm. Baun
GARY Wm. BAUN