MKD:mes 37181 \pleading\37181MAmend.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATHAN KUEHNERT | : | |
| | : | |
| VS. | : | C.A. NO. 06-469T |
| | : | |
| MIKHAELA LOUISE, INC. | : | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER**

Now comes your defendant in the above-entitled action and hereby moves this Honorable Court to grant it leave to file the attached Proposed First Amended Answer which includes the affirmative defense of failure to mitigate damages. Defendant alleges that the plaintiff has failed to take reasonable steps to treat his injury. Defendant alleges that this is the cause, either in whole or in part, of the plaintiff's condition, both currently and over the past 18 months. Defendant relies on the attached memorandum of law as well as the attached proposed First Amended Answer in support of its motion.

DEFENDANT,
By its Attorney,

/s/ Martin K. DeMagistris
Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on October 19, 2007 to:

Gary Wm. Baun, Esq.
O'BRYAN BAUN COHEN KUEBLER
401 S. Old Woodward, Suite 320
Birmingham, MI 48009

James T. Murphy, Esq.
HANSON CURRAN
146 Westminster Street
Providence, RI 02903

/s/ Martin K. Demagistris