MKD:F:data\pleading37181depolevine

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATHAN KUEHNERT | : | |
| | : | |
| VS. | : | C.A. NO. 06-469T |
| | : | |
| MIKHAELA LOUISE, INC. | : | |

**NOTICE OF DEPOSITION**

**DEPONENT**: Rachel Levine, Spectrum Physical Therapy

**DATE:** October 25, 2007

**TIME**: 2:00 p.m.

**PLACE**: 86 Boston Post Rd., Waterford, CT 06385

Please take notice that the above oral examination will be conducted pursuant to Rule 26 of the Rhode Island Rules of Civil Procedure before an officer authorized by law to administer oaths. Said examination will continue from day to day until completed.

DEFENDANT,
By its Attorney,

/s/ Martin K. DeMagistris
Martin K. DeMagistris, Esq. #6089
**Attorney for Defendant**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on October 19, 2007 to:

Gary Wm. Baun, Esq.
O'BRYAN BAUN COHEN KUEBLER
401 S. Old Woodward, Suite 320
Birmingham, MI 48009

James T. Murphy, Esq.
HANSON CURRAN
146 Westminster Street
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

/s/ Martin K. DeMagistris