MKD:lml 37181 \pleading\37181DismStip

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATHAN KUEHNERT | : | |
| | : | |
| VS. | : | C.A. NO. 06-469T |
| | : | |
| MIKHAELA LOUISE, INC. | : | |

**DISMISSAL STIPULATION**

The parties, through undersigned counsel, hereby dismiss the above-entitled action with prejudice, no costs or attorney's fees.

/s/ James T. Murphy, Esq.
James T. Murphy, Esq. #1698
Hanson, Curran, LLP
**Attorneys for Plaintiff (local counsel)**
146 Westminster Street
Providence RI 02903
PHONE: (401) 421-2154
FAX: (401) 521-7040

/s/ Martin K. DeMagistris, Esq.
Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
**Attorneys for Defendant**
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

/s/ Gary William Buan, Esq.
Gary William Buan, Esq. #P28758
O'bryan Baun Cohen Kuebler
**Attorneys for Plaintiff**
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
PHONE: (248) 258-6262
FAX: (248) 258-6047

DATED: November 9, 2007